

| Individualized Reentry Plan - Program Review  (Inmate Copy) | SEQUENCE: 02181146 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 11-26-2019 |
| Plan is for inmate: GOODMAN, ARYEH   71509-050 | |

Name: GOODMAN, ARYEH
Register No.: 71509-050
Age: 37
Date of Birth: 06-26-1982

DNA Status:  FTD13709 / 11-06-2019

---

Inmate   (GOODMAN, ARYEH. Register No.: 71509-050)

Date

Unit Manager / Chairperson                          Case Manager

Date                                                Date

22

Exhibit 1    Page #1   p2

| | Summary Reentry Plan - Progress Report | SEQUENCE: 00153813 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 01-20-2020 |
| | Plan is for inmate: GOODMAN, ARYEH  71509-050 | |

      Name: GOODMAN, ARYEH
Register Num: 71509-050
       Age: 37
Date of Birth: 06-26-1982
 DNA Status: FTD13709 / 11-06-2019

_____
Inmate  (GOODMAN, ARYEH, Register Num: 71509-050)

    1-20-2020
_____
Date

_____    _____
Chairperson                                       Case Manager

1/20/2020                                         1-20-2020
_____    _____
Date                                               Date

23

Exhibit

Department of Justice
Federal Bureau of Prisons

# Evidence-based Recidivism Reduction (EBRR) Programs and Productive Activities (PA)



24

Exhibit 2  Page #1 of 7

| EBRR Name (short description) | Duration | Frequency | Hours[7] | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Resolve Program (Trauma treatment) | 40 weeks | Varies | 80 | All female sites except satellites; Florence and Danbury - male | Cognitions, Mental Health, Trauma |
| STAGES Program (High intensity CBT for SMI and personality disorder inmates) | 12-18 months | 20 hours/week | 500 | Florence High; Terre Haute - Medium | Cognitions, Mental Health |
| Skills Program (CBT and educational residential programs for inmates with cognitive impairments) | 12-18 months | 20 hours/week | 500 | Danbury; Coleman-Medium | Cognitions, Mental Health |
| Life Connections Programs (Faith-based values and life skills program) | 18 months | 20 hours/week | 500 | Petersburg - Low; Leavenworth; Milan; Terre Haute - High; Carswell | Family/Parenting |
| Anger Management (CBT program to manage anger) | 12 Sessions | 1.5 hours/week | 18 | All BOP institutions | Anger/Hostility Cognitions |
| Assert Yourself for Female Offenders (CBI[8] and psychoeducational program that teaches women to be assertive) | 8 weeks | 1 hour/week | 8 | All female sites | Cognitions, Family/Parenting |
| Basic Cognitive Skills (Introductory program to CBT) | 12-16 weeks | 1 - 1.5 hours/week | 24 | All BOP institutions | Cognitions |
| Criminal Thinking (Rational behavioral therapy for addressing antisocial cognitions) | 12-18 sessions | 1.5 hours/week | 27 | All BOP institutions | Antisocial Peers, Cognitions |
| Emotional Self-Regulation (CBT for managing personal emotions) | 8-12 sessions | 1-2 hours/week | 24 | All BOP institutions | Cognitions, Mental Health |
| Illness Management and Recovery (CBT for SMI) | 12-40 sessions | Up to 1.5 hours/week | 60 | All BOP institutions | Mental Health |
| Social Skills Training (SST) for Schizophrenia (CBT for SMI) | Varies | Varies | 60 | All BOP institutions | Cognitions, Mental Health |
| Threshold Program (Faith-based program focused on values and life skills) | 6-9 months | 1.5 - 2 hours/week | 72 | All BOP institutions | Family/Parenting |

---

[7] Hours Awarded for Completion
[8] CBI - Cognitive Behavioral Intervention

25

~ 2 ~

Exhibit 2

| PA Name (short description) | Duration | Frequency | Hours | Program Location(s) | Needs(s) Addressed |
|---|---|---|---|---|---|
| Dialectical Behavior Therapy Skills Training (CBT for managing emotions and distress) | 52 sessions | 1.5 - 2 hours/week | 104 | All BOP institutions | Cognitions, Mental Health, Trauma |
| Embracing Interfaith Cooperations (Fosters interfaith understanding) | 5 sessions | 1-2 hours/week | 10 | All BOP institutions | Cognitions |
| Federal Prison Industries (FPI) Lean Basics Training (Business processing training class) | 16 hours | Varies | 16 | 51 FPI facilities | Work |
| Foundation (Reentry focused goal setting program for women) | 10 sessions | 1.5 hours/week | 15 | All female sites | Cognitions, Education, Mental Health, Work |
| Getting to Know Your Healthy Aging Body (Discusses changes over the lifespan) | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Health and Wellness Throughout the Lifespan | 3 sessions | .75 hours/week | 3 | All BOP institutions | Recreation/Leisure/Fitness |
| Healthy Steps for Older Adults (Reduce falls) | 3 sessions | Varies | 3 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Hooked on Phonics (Aids in combatting dyslexia) | Varies | 1.5 hours/day | 500 | All BOP institutions | Dyslexia, Education, Work |
| Houses of Healing: A Prisoner's Guide to Inner Power and Freedom (Emotional literacy and understanding) | 12 sessions | 2 hours/week | 24 | All BOP institutions | Cognitions |
| Key Train for ACT WorkKeys (Building job-relevant skills) | Varies | Varies | 50 | All BOP institutions | Education, Work |
| Living a Healthy Life with Chronic Conditions | Varies | Varies | 24 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Managing Your Diabetes | 12 sessions | 1 hour/week | 12 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| Mindfulness-Based Cognitive Therapy | 8 sessions | 2 hours/week | 16 | All BOP institutions | Mental Health |
| Money Smart for Older Adults | 14 sessions | 1-2 hours/week | 28 | All BOP institutions | Finance/Poverty |
| Narcotics Anonymous | Varies | Varies | 50 | All BOP institutions | Substance Abuse |
| National Diabetes Prevention Program | 16 sessions | Varies | 16 | All BOP institutions | Medical, Recreation/Leisure/Fitness |
| PEER (Disabilities support group) | 10 sessions | 1 hour/week | 10 | All BOP institutions | Antisocial Peers |
| Pu'a Foundation Reentry Program (Program for women grounded in Hawaiian culture) | Varies | 2 hours/week | 20 | FDC Honolulu | Family/Parenting, Trauma |
| Service Fit (Wellness group for veterans) | 8 weeks | 2 hours/week | 16 | All BOP institutions | Recreation/Leisure/Fitness |
| Sexual Self-Regulation (SSR) (CBT programs for sex offenders) | 3-6 months | Varies | 100 | All BOP institutions | Cognitions |

```
 FTDO9            *         INMATE EDUCATION DATA       *     05-12-2020
 PAGE 001 OF 001 *              TRANSCRIPT              *      09:23:11

 REGISTER NO: 71509-050    NAME..: GOODMAN                FUNC: PRT
 FORMAT.....: TRANSCRIPT   RSP OF: FTD-FORT DIX FCI

 --------------------------- EDUCATION INFORMATION ---------------------------
 FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
 FTD  ESL HAS    ENGLISH PROFICIENT           11-13-2019 1509 CURRENT
 FTD  GED HAS    COMPLETED GED OR HS DIPLOMA  02-13-2020 1511 CURRENT

 ---------------------------- EDUCATION COURSES ------------------------------
 SUB-FACL    DESCRIPTION              START DATE  STOP DATE  EVNT AC LV  HRS
 FTD GP      TPC: CHEMICAL HAZARDS (151)     03-01-2020 04-01-2020  P  C  P   6
 FTD GP      TPC:READING SCHEMATICS&SYMBOLS  04-01-2020 04-14-2020  P  C  P  20
 FTD GP      READING BLUEPRINTS 101 - TPC    01-18-2020 01-18-2020  P  C  P  20
 FTD GP      READING BLUEPRINTS 101 - TPC    01-11-2020 02-11-2020  P  C  P  20
 FTD GP      TPC: BASIC HYDRAULICS (307)     01-11-2020 02-11-2020  P  C  P  10
 FTD GP      TPC:EMPLOYEE RELATIONS 906      01-05-2020 02-05-2020  P  C  P  16
 FTD GP      TPC: TROUBLESHOOTING SKILLS110  01-04-2020 02-04-2020  P  C  P  20
 FTD GP      HAND TOOLS                      12-15-2019 01-15-2020  P  C  P  20
 FTD GP      HOW POWER PLANTS WORK 111 -TPC  12-15-2019 01-15-2020  P  C  P  10
 FTD GP      ELECTRICAL TROUBLESHOOTING      12-09-2019 01-09-2020  P  C  P  20
 FTD GP      INDUSTRIAL SAFETY AND HEALTH    12-01-2019 01-02-2020  P  C  P  24




 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

27

Exhibit 7 Page #4 of 7



| | Summary Reentry Plan - Progress Report | SEQUENCE: 00153813 |
|---|---|---|
| | Dept. of Justice / Federal Bureau of Prisons | Report Date: 01-20-2020 |
| | Plan is for inmate: GOODMAN, ARYEH  71509-050 | |



| Facility: | FTD  FORT DIX FCI | Custody Level: | IN |
|---|---|---|---|
| Name: | GOODMAN, ARYEH | Security Level: | LOW |
| Register No.: | 71509-050 | Proj. Rel Date: | 01-20-2021 |
| Quarters: | N02-214U | Release Method: | GCT REL |
| Age: | 37 | DNA Status: | FTD13709 / 11-06-2019 |
| Date of Birth: | 06-26-1982 | | |

### Contact Information

**Release contact & address**
Ora Goodman, WIFE
19 Beacon Hill Drive, East Brunswick, NJ 08816 US

phone (mobile) : 347-403-2664

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:1952(A)(3) INTERSTATE TRAVEL IN AID OF A RACKETEERING ENTERPRISE | 18 MONTHS |

Date Sentence Computation Began:   11-06-2019
Sentencing District:   NEW JERSEY

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /   0 /   0 | 0 | Years: 0  Months: 3  Days: 9 | + 25   JC  - 0   InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Program Plans

Inmate Goodman designated to FTD on 11-06-2019. Inmate Goodman was recommended to acquire a work assignment, participate in ACE classes, maintain clear conduct, maintain a healthy diet and workout routine, participate in FRP, participate in a job fair, to write a resume, secure a job, and secure housing prior to release.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | FPI CS-2 | FPI | 12-27-2019 |

### Work Assignment Summary

Inmate Goodman worked in UNICOR. Additionally, he taught multiple education classes. He needed little to no supervision and earned satisfactory work reports.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 11-13-2019 |
| FTD | GED EN | ENROLL GED NON-PROMOTABLE | 11-13-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD GP | C | HAND TOOLS | 12-15-2019 | 01-15-2020 |
| FTD GP | C | HOW POWER PLANTS WORK 111 -TPC | 12-15-2019 | 01-15-2020 |
| FTD GP | C | ELECTRICAL TROUBLESHOOTING | 12-09-2019 | 01-09-2020 |
| FTD GP | C | INDUSTRIAL SAFETY AND HEALTH | 12-01-2019 | 01-02-2020 |

### Education Information Summary

Inmate Goodman has completed his high school diploma, or equivalent, and has successfully programmed while at FTD.

### Discipline Reports

28

Exhibit 2   Page 5 of 7

TRULINCS 71509050 - GOODMAN, ARYEH - Unit: FTD-N-B

------------------------------------------------------------------------------------------

FROM: Education
TO: 71509050 GOODMAN, ARYEH
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/07/2020 09:32 AM

Parenting no longer shows up on an education transcript as it no longer is coded as an education program. Nearly all of the FSA associated programs now have national codes and these only show up on an inmate's PP44 screen (to which you do not have access), but I can assure you that you are coded as participating in parenting at the current time under that national code.

29

TRULINCS 71509050 - GOODMAN, ARYEH - Unit: FTD-N-B

----------------------------------------------------------------------------------

FROM: Psychology
TO: 71509050 GOODMAN, ARYEH
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/04/2020 12:17 PM

You are currently in NR part status.

```
 FTDO9    540*23  *           SENTENCE MONITORING           *     05-12-2020
 PAGE 001         *             COMPUTATION DATA            *     09:33:54
                                AS OF 05-12-2020

REGNO..: 71509-050 NAME: GOODMAN, ARYEH


FBI NO............: 516285TD5         DATE OF BIRTH: 06-26-1982   AGE:  37
ARS1..............: FTD/A-DES
UNIT..............: UNIT 4             QUARTERS.....: N02-211L
DETAINERS.........: NO                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 11-28-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-20-2021 VIA GCT REL


                  RELEASE AUDIT COMPLETED ON 12-10-2019 BY DSCC
-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -------------------------

COURT OF JURISDICTION............: NEW JERSEY
DOCKET NUMBER....................: 3:19-CR-00265-FLW-1
JUDGE............................: WOLFSON
DATE SENTENCED/PROBATION IMPOSED: 08-28-2019
DATE COMMITTED...................: 11-06-2019
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                     FELONY ASSESS  MISDMNR ASSESS   FINES          COSTS
NON-COMMITTED.:      $100.00        $00.00           $5,000.00      $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  541    RACKETEERING
OFF/CHG: 18:1952(A)(3) INTERSTATE TRAVEL IN AID OF A RACKETEERING
         ENTERPRISE

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    18 MONTHS
 TERM OF SUPERVISION.............:     1 YEARS
 DATE OF OFFENSE.................: 02-02-2018




G0002         MORE PAGES TO FOLLOW . . .
```

*PATTERN score - Low*
*FSA Eligible*
*[signature] 5-12-2020*

31

Exhibit 3  Page #1 of 1



**Individualized Reentry Plan - Program Review  (Inmate Copy)**  SEQUENCE: 02181146
Dept. of Justice / Federal Bureau of Prisons   Team Date: 11-26-2019
Plan is for inmate: GOODMAN, ARYEH  71509-050

Inmate Goodman designated to FTD on 11-06-2019. Inmate Goodman was recommended to acquire a work assignment, maintain clear conduct, maintain a healthy diet and workout routine, and participate in educational programing prior to his release.

**Next Program Review Goals**

Maintain good sanitation and personal hygiene. Participate in FRP. Participate in the parenting program. Maintain clear conduct. Have your employer send a verification letter to your case manager by May 2020.

**Long Term Goals**

Maintain contact with family and friends on a regular basis through January 2021. Select from meal menu items low in sugar, salt, and fat; set a goal to exercise 30 minutes a day through January 2021. Complete RPP1-HEALTH, RPP2-JOB, RPP3-MONEY, RPP4-USPO, and RPP5-CMC courses prior to January 2021.

**RRC/HC Placement**

Recommended Placement in a range between 1-90 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

**Comments**

** No notes entered **



EXHIBIT #4

# Fannie, Freddie Urge

By ANDREW ACKERMAN

A top federal regulator said mortgage giants **Fannie Mae** and **Freddie Mac** should hold $240 billion in capital after they return to private ownership.

The figure the Federal Housing Finance Agency proposed on Wednesday sets a high hurdle for the companies, which together insure half of the $11 trillion mortgage market and were taken over by the government during the 2008-09 financial crisis.

Fannie and Freddie currently hold about $23.5 billion of capital between them. In 2018, when the FHFA was still run by an Obama appointee, the agency estimated that they would need to hold about $180 billion in loss-absorbing capital after exiting government control.

FHFA officials believe Wednesday's proposal puts the companies on track to begin raising capital next year, though they say the timing isn't calendar-depen

The proposal repre of several key steps ir layed efforts to resolv ture of Fannie and Fr September the FHFA Treasury Department Fannie and Freddie to much as $45 billion earnings—pausing a ment that they turn o of their profits to the

"We must chart for the [companies] sound capital footing

## U.S. WATC

Wall Street Journal
Date: May 21, 2020

33

Exhibit #7
Page #1 of 1

### NEW YORK
### Trump Ex-Lawyer Cohen to Be Released

President Trump's former lawyer Michael Cohen will be released from prison due to coronavirus concerns and is expected to serve the rest of his three-year sentence from home, a person familiar with the matter said.

Mr. Cohen will be leaving the facility in Otisville, N.Y., on Thursday, pending processing to home confinement, the person said. He is among more than 2,900 federal inmates placed on home confinement in recent weeks as prison officials try to identify those who are at high risk for the disease and low risk for reoffending.

Mr. Cohen, 53 years old, reported to Otisville in May 2019 following a conviction on campaign-finance charges stemming from his involvement in the payment of hush money to women who alleged they had affairs with Mr. Trump. Mr. Cohen also pleaded guilty to tax crimes and making false statements.

Prison officials have said they are giving priority to those who have served at least half of their sentences, or who have 18 months or less left and have served 25% of their terms. Mr. Cohen has served about a year of his three-year term. He qualifies, however, because he has earned 162 days of good-conduct credit, moving up his release date to Nov. 22, 2021, the person familiar with the matter previously said.

—*Sadie Gurman*

### FEDERAL RESERVE
### Bullard Not Worried



MARTHA ASENCIO RHINE/TAMPA BAY TIMES/ZUMA PRESS

**BACK ON TRACK: Greyhound racing resumed Wednesday,**

be felled again by a later resurgence of the coronavirus.

When it comes to managing risks around the pandemic, "so much has been said about this already, that I think as soon as something would pop up we'd be all over that as a society, pounce on it at that point and keep it under control," Mr. Bullard said Wednesday, in remarks at a Missouri Growth Association virtual event.

A number of central-bank officials have cast a cautious eye toward the economic reopening in some parts of the nation,

### MISSISSIPPI
### New Head of Tro Prison System Pi

Mississippi Gov. Tate Re said Wednesday that he is nating a former warden of ana's Angola prison to take charge of the Mississippi p system, which is under fed vestigation and has strugg years with tight budgets, s staffing and poor living cor

During his 21-year tenur Angola, Burl Cain was cred with improving conditions