UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

```
_____
                            :
ARYEH GOODMAN,              :
                            :   Civ. No. 20-7582 (RMB)
          Petitioner        :
                            :
     v.                     :   ORDER
                            :
DAVID ORTIZ, Warden,        :
                            :
          Respondent        :
_____ :
```

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **25th day of August 2020**,

**ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **GRANTED,** and the BOP shall immediately apply Petitioner's 120 days of Earned Time credit under the First Step Act; and it is further

**ORDERED** that the Clerk shall close this matter.

s/Renée Marie Bumb<br>
<b>RENÉE MARIE BUMB<br>
UNITED STATES DISTRICT JUDGE</b>